/// WAYNE ALAN HARR, M.D.,Ph.D.
AT #067058-8
UNIT ~~W(CD~~ 23
ATASCADERO STATE HOSPITAL
P.O. BOX 7001
ATASCADERO, CA 93422-7001
TELEPHONES (805)468-2803
              468-2000
IN PRO PER

**FILED**

SEP 1 9 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Wayne Alan Harr, M.D.,Ph.D., <br><br> plaintiff, <br><br> VS. <br> THE UNIVERSITY OF SOUTHERN CALIFORNIA, <br> THE UNITED STATES OF AMERICA, <br> THE UNITED STATES SECRET SERVICE, <br> PRESIDENT BARACK H. OBAMA, <br> THE STATE OF CALIFORNIA, <br> THE COUNTY OF KERN, <br> THE CITY OF BAKERSFIELD, <br> HALL'S AMBULANCE SERVICE, <br> STEWARDS,INCORPORATED, <br> AROUND THE CLOCK FOUNDATION, <br> THE SOCIAL SECURITY ADMINISTRATION, <br> THE MANILA INN, <br> THE SERENITY HOUSE,, <br> KEVIN RICHE, "FALINE", , <br> THE ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, <br> NBC CHANNEL 17 NEWS, MISS CHRISTINE PRICE, <br> REV. DWAYNE WILSON, JEAN ANN FLEEMAN, <br> THE BAKERSFIELD HOTEL,THE BAKERSFIELD RESCUE MISSION, CUSTER'S ROOM & BOARD, VENICE VISTA & "JUAN", KERN COUNTY MENTAL HEALTH DEPARTMENT & DOCTORS PADY & "SUZUKI" , CRESTWOOD BEHAVIORAL HEALTH CENTER AND DOES 1-100 INCLUSIVE. <br><br> Defendants. | CASE NO. 2:16CV 2224 AC PC <br><br> CERTIFIED COMPLAINT FOR DAMAGES. <br><br> MOTION TO FILE CIVIL LAWSUIT IN FORMA PAUPERIOS. <br><br> MOTION FOR JURY TRIAL BY MY PEERS, <br><br> MOTION FOR SERVICE OF PROCESS BY UNITED STATES MARSHALLS. IN FORMA PAUPERIOUS. |

DATED:  7 September 2016
PLAINTIFF ALLEGES AS FOLLOWS:
   1.)  ALL DEFENDANTS have in the past five years have damaged Plaintiff, DR.
        Wayne Alan Harr, M.D., Ph.D., presently AND Continue to grossly damage

-1-

Plaintiff,

2.)   The amounts of Plaintiff's damages shall be set forth in further pleadings,

3.)   ALL Defendants have, and continue to damage Plaintiff financially,

physically, and emotionally, the amounts to be determined in further pleadings.

4.)   Specific damages shall be supported through further allegations and psychological/medical reports presented during discovery, etc..

5.)   Plaintiff, further needs to request "Motion" this honourable court that he may be permitted to file this civil lawsuit IN FORMA PAUPERIOUS.

6,)   Plaintiff, further requests "Motions" this honourable court to hear this lawsuit, if necessary, by a trial by a jury of Plaintiff's peers. If this action is unable to be resolved properly prior to a trial date.

7.)   Plaintiff, further requests "Motions" this honourable court to serve Defendants by United States Marshalls, IN FORMA PAUPERIOUS.

8.)   THIS IS NECESSARY SINCE THE PLAINTIFF IS RELATIVELY INDIGENT WITH HIS ONLY SOURCE OF INCOME A SMALL AMOUNT OF SOCIAL SECURITY RETIREMENT BENEFITS, WHICH ARE PRESENTLY UNDER THE CONTROL OF A DEFENDANT, STEWARDS, INCORPORATED.

THE NATURE OF THIS COMPLAINT IS A CERTIFIED COMPLAINT FOR DAMAGES AND PLAINTIFF DR. WAYNE ALAN HARR, M.D.,PH.D. ALLEGES THAT THESE DAMAGES ARE OF A MALACIOUS NATURE AND HE THEREFORE NEEDS TO BE PROPERLY COMPENSATED FOR ALL OF THEM.

PLAINTIFF RESERVES THE RIGHT TO INCERT ADDITIONAL DEFENDANTS AS DOES 1-100 as their correct names and addresses become known.

DATED:   7 september 2016

_____
DR. WAYNE ALAN HARR,M.D.,PH.D.

///                                                                              ///

END