# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**WAYNE ALAN HARR,**

v.

CASE NO: **2:16–CV–02224–JAM–AC**

**UNIVERSITY OF SOUTHERN
CALIFORNIA, ET AL.,**

_____

<u>**XX**</u> −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/23/2017**

**Marianne Matherly**
Clerk of Court

ENTERED:  **March 23, 2017**

by:  /s/  K. Zignago _____
                    Deputy Clerk